# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. KIM B. CARPENTER, Defendant. | PO-19-05003-GF-JTJ <br><br> VIOLATIONS: <br> 7353885 <br> Location Code: M13 <br><br> ORDER |

Based upon the United States' motion to accept the defendant's payment of a $45 fine and $30 processing fee for violation 7353885, and for good cause shown,

IT IS ORDERED that the $75 fine paid by the defendant is accepted as a full adjudication of violation 7353885.

IT IS FURTHER ORDERED that the bench trial scheduled for April 4, 2019, is VACATED.

DATED this 20th day of March, 2019.

_____
John Johnston
United States Magistrate Judge